UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| GUIZHOU TYRE CO., LTD. and GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., <br><br> Plaintiffs, <br><br> and <br><br> CHINA MANUFACTURERS ALLIANCE LLC, and SHANGHAI HUAYI GROUP CORPORATION LIMITED, <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00031 |

DEFENDANT'S UNOPPOSED MOTION TO
CORRECT THE ADMINISTRATIVE RECORD INDEX

Defendant, the United States, respectfully submits this motion to correct the administrative record index the United States Department of Commerce (Commerce) filed on May 28, 2019.  (ECF No. 22).  All parties have consented to this motion.

Unbeknownst to Commerce, due to an internal computing error, the confidential version of the administrative record index inadvertently stopped at record number "1000," whereas the discs that Commerce distributed to the parties went beyond that number.  In order to permit parties to properly cite documents beyond "1,000" in the confidential record index, we respectfully request the Court to allow Commerce to file a revised version of the confidential

version of the administrative record index.

                              Respectfully submitted,

                              JOSEPH H. HUNT
                              Assistant Attorney General

                              JEANNE E. DAVIDSON
                              Director

                              s/ L. Misha Preheim
                              L. MISHA PREHEIM
                              Assistant Director


                              s/ Kara M. Westercamp
                              KARA M. WESTERCAMP
                              Trial Attorney
OF COUNSEL:                  Commercial Litigation Branch
                              Civil Division
ELIO GONZALEZ              United States Department of Justice
Attorney                         P.O. Box 480
Office of the Chief Counsel         Ben Franklin Station
    for Trade Enforcement and Compliance   Washington, D.C. 20044
United States Department of Commerce   Tel: (202) 305-7571

September 27, 2019                 Attorneys for Defendant

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GUIZHOU TYRE CO., LTD. and GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., <br><br> Plaintiffs, <br><br> and <br><br> CHINA MANUFACTURERS ALLIANCE LLC, and SHANGHAI HUAYI GROUP CORPORATION LIMITED, <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00031 |

**<u>ORDER</u>**

Upon consideration of defendant's consent motion to correct the confidential administrative record index; it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that Commerce shall correct the confidential administrative record index and shall promptly separately file a revised confidential administrative record index with the Court.

Dated: _____, 2019            _____
       New York, NY                                          JUDGE