UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU

|  |  |
|---|---|
| GUIZHOU TYRE CO., LTD. and GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., : : : Plaintiffs, : : v. : : UNITED STATES, : : Defendant. : | Consol. Court No. 19-00031 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Guizhou Tyre Co., Ltd. and Guizhou Tyre Import and Export Co., Ltd. appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *Guizhou Tyre Co., Ltd. v. United States*, Consol. Court No. 19-00031-TCS, on May 22, 2023 (ECF No. 81), including (but not limited to) the: (1) Opinion and Order dated January 24, 2022, Slip Op. 22-6 (ECF No. 63); and (2) Opinion and Order dated May 22, 2023, Slip Op. 23-81 (ECF No. 80). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*/s/ Jordan C. Kahn*
Ned H. Marshak
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4400

\*\*
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel to Plaintiffs*
*Guizhou Tyre Co., Ltd. and*
*Guizhou Tyre Import and Export Co., Ltd.*

July 18, 2023

12280173_1