# United States Court of Appeals for the Federal Circuit

_____

**GUIZHOU TYRE CO., LTD., GUIZHOU TYRE IMPORT AND EXPORT CO., LTD.,**
*Plaintiffs-Appellants*

**CHINA MANUFACTURERS ALLIANCE LLC, SHANGHAI HUAYI GROUP CORPORATION LIMITED, fka Double Coin Holdings Ltd.,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2023-2165

_____

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00031-TCS, 1:19-cv-00034-TCS, Senior Judge Timothy C. Stanceu.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered April 28, 2025, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 20, 2025
Date

Jarrett B. Perlow
Clerk of Court